Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

John E. Lundgren

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

OSHA

MASSACHUSETTS DPH

Universal Wilde

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | John Edward Lundgren |
   | Street Address | 54 Baker Road East |
   | City and County | Taunton  Bristol |
   | State and Zip Code | Massachusetts 02780 |
   | Telephone Number | 508-977-9119 |
   | E-mail Address | sandi123456@verizon.net |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: OSHA Braintree Regional Office
- Job or Title (if known): Kenneth Shedden, Maria Abundo, Jeff Erskine
- Street Address: 639 Granite St.
- City and County: Braintree   Norfolk
- State and Zip Code: Massachusetts   02184
- Telephone Number: 617-565-6924
- E-mail Address (if known):

Defendant No. 2
- Name: Massachusetts Department of Public Health
- Job or Title (if known): Elise Pechter   (entire department)
- Street Address: 250 Washington St.
- City and County: Boston   Suffolk
- State and Zip Code: Massachusetts   02108
- Telephone Number: 617-624-6000
- E-mail Address (if known):

Defendant No. 3
- Name: Universal Wilde
- Job or Title (if known): Jennifer McAskill, Shawn Gill   (HR & Plant mgr
- Street Address: 403 VFW DRIVE
- City and County: Rockland   Plymouth County
- State and Zip Code: Massachusetts   02370
- Telephone Number: 781-871-7744
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
Complete violation of the OSH Act, Violation of my civil rights
to colect critical mandated water samples, Complete violation
of every aspect regarding the handling of STATE REPORTED, WORK
RELATED LEGIONNAIRES DISEASE diagnosed on 12/08/2014 and immed-
iately reported at state level. All parties failed to rpotect workers
                                                   from a documented imminent
                                                   danger that could have re-
                                                   sulted in death due to
                                                   gross negligence, incompetence
```

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) OSHA , is incorporated under the laws of the State of (name) Massachusetts , and has its principal place of business in the State of (name) massachusetts .

Or is incorporated under the laws of (foreign nation) ,

and has its principal place of business in (name) massachusetts .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

actions have caused severe psychological and mental damages to this victim and his family. Actions following diagnosis were just as damaging, if not worse, than the Legionnaires disease itself.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

All 3 defendants had a duty to collect critical mandated water samples from compressor that malfunctioned and nearly killed me. Violation of my civil rights as a worker in this country. This response puts all workers at risk daily.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Have been fighting as of today, nearly 3 years later, to get answers and justice as to why nobody responded to protect coworkers in imminent danger. Damages are well documented by doctors willing to testify. Maximum monetary damages are requested and all parties must be penalized.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-6-17

Signature of Plaintiff  *John E. Lundgren*
Printed Name of Plaintiff  JOHN E. LUNDGREN

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

John Lundgren
54 Baker Road East
Taunton Mass 02780
508-977-9119
sandi123456@verizon.net

*Lives of all workers in this country are at risk of serious health risks by all 3 defendants. This can never happen again!!* ★

TO THE HONORABLE JUDGE;

I was diagnosed with WORK RELATED LEGIONNAIRES DISEASE ON 12/08/2014 after an industrial accident at UNIVERSAL Wilde. The diagnosis was made by Dr. Thomas Huth in 2 sentences, Mr. Lundgren, you have beeen diagnosed with Legionnaires disease, were you exposed to a thick vapor a copuple days prior to feeling ill." This was reported immediately at State level calling for CRITICAL MANDATED water samples, identifying the source (based on probability), quarantining the area, protecting workers and preventing the spread of this horrific infectious disease.

I was nearly 10% of the workforce that day, yet, several workers were actaully inhiding and I was unaware of the dangers. We were not then , nor were we ever evacuated from the facility even when there were fires. This day, was a life altering experience.

Communication is absolutely VITAL between health officials under these extraordinary circumstances. We begged endlessly for the collection of samples and protection of thew workers that were left in imminent danger according to OSHA definition. OSHA chose a phone fax, (which was not an option, as we met several criteria ruling this out, they did not have our permission, and only for low priority situations. Our FOIA states Valid complaint and serious health risk. The phone fax was less than sufficient to say the least and failed to mention the specific hazard, WORK RELATED, STATE REPORTED LEGIONNAIRES disease, yet there is a rather incriminiating document from OSHA to Universal Wilde, hand written, behind the bogus phone fa, stating, possible case of legionnaires disease , please make sure workers arent exposed. Why was this not on phone fax as required. This fax gave employer(former) until 12/16 or an on site inspection would occur. This time came and went with endless emails and phone calls trying to get these people to do what is required.
2 weeks past deadline given, employer reponse was an untruthful Gordon Air Quality Report stating no visible open water sources, (LIE)
The last paragraph of employer response recommends water samples if an emplyye working at facility had been diagnosed with LEGIONNARES DISEASE."""""""" OSHA closed their investigation on this report.
I then. as the complaintant had the right, yet agin, when I was not satisfied with employer response. They failed again.

EVEN after this employer response, all defendants denied taking action and forfilling their obligations, by failing to follow proper protocol, being a LEVEL 1 investigation to be initiated immediately under these circumstances, on 1 probable case, let alone, confirmed WORK RELATED STATE REPORTED CASE. These actions left workers in an imminent danger and could have resulted int death of workers. Universal Wilde, after submitting the response, DENIED MY RIGHT AGAIN, to CRITICAL MANDATED water samples. How did this happen. Many politicians have told us we need help at federal level, yet we are unable to find an honest attorney or representation, as they all fear OSHA and state it is a tough one. My documents prove of the near conspiracy that occurred by all the listed defendents in preventing this injured worker his rights. The psychological damages are endless as this victim struggles to accpet this egregious, incompetent, grossly negligent, nearly criminal (IF NOT) actions that followed the diagnosis. Pleas help this victim receive justice and closure against all these wrong doers

AND TO PROTECT THE WORKERS OF THIS COUNTRY THAT FEEL THEY ARE protected by these so called competent agencies.

*Please carefully review exhibits A-Z
We still can not sleep at night, worrying about public safety!*